```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/28/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LUIS TORO, on behalf of himself and
all others similarly situated,

                      Plaintiff,

       -against-

THE LEARNING POST OF IOWA, INC.,

                      Defendant.
------------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE CONFERENCE**

22-CV-10617 (KPF)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 12).  A telephone conference will be held on **Monday, March 27, 2023 at 3:30 p.m.** in advance of a settlement conference.  The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call.  Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. Please dial **(866) 434-5269, Access code: 4858267**.

SO ORDERED.

Dated: February 28, 2023
       New York, New York

                                              _____
                                              KATHARINE H. PARKER
                                              United States Magistrate Judge