```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/27/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LUIS TORO, on behalf of himself and
all others similarly situated,

                        Plaintiff,

      -against-

THE LEARNING POST OF IOWA, INC.,

                       Defendant.
-----------------------------------------------------------------X

**ORDER SCHEDULING**
**SETTLEMENT CONFERENCE**

**22-CV-10617 (KPF)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A settlement conference in this matter utilizing Microsoft Teams is scheduled for **Monday, June 26, 2023 at 2:00 p.m.** Counsel for the parties will be sent an invitation by Judge Parker's chambers prior to the scheduled conference date. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Updated pre-conference submissions must be received by the Court no later than **June 19, 2023 by 5:00 p.m.**

      SO ORDERED.

Dated: March 27, 2023
      New York, New York

                                                  *Katharine H. Parker*
                                                  _____
                                                  KATHARINE H. PARKER
                                                  United States Magistrate Judge