USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/25/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LUIS TORO, on behalf of himself and
all others similarly situated,

                        Plaintiff,

        -against-

THE LEARNING POST OF IOWA, INC.,

                        Defendant.
------------------------------------------------------------------X

**ORDER ADJOURNING SETTLEMENT CONFERENCE**

22-CV-10617 (KPF)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

In light of the Notice of Settlement filed on June 23, 2023 (doc. no 15) the Settlement Conference currently scheduled for **June 26, 2023** is hereby adjourned *sine die*.

        **SO ORDERED.**

Dated: June 25, 2023
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge